UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA R. SEALS , <br><br>                    Plaintiff, <br><br>         -against- <br><br>DEPARTMENT OF STATE-DIVISION OF LICENSING <br><br>                    Defendants. | 23-CV-8275 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the September 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 20, 2023
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge